**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GARRETT KIRBY LAFROMBOISE,<br><br>Defendant - Appellant. | No. 14-30082<br><br>D.C. No. 4:13-cr-00116-BMM-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted July 27, 2015[**]

Before:      HUG, FARRIS, and CANBY, Circuit Judges.

Garrett Kirby LaFromboise appeals from the district court's judgment and

challenges his 160-month sentence for assault resulting in serious bodily injury, in

violation of 18 U.S.C. §§ 1153(a), 113(a)(6), and 3559(f)(3).

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California,* 386 U.S. 738 (1967), LaFromboise's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided LaFromboise the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw as counsel is **GRANTED**.

**AFFIRMED**.